**Order filed October 25, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00860-CV
_____

**DONALD RAY MCCRAY, Appellant**

**V.**

**DOUGLAS D. MULDER AND MICHELLE MULDER, Appellees**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-196144**

## ORDER

This is an attempted appeal from an order dismissing appellant's cause of action under section 11.103 of the Texas Civil Practice and Remedies Code. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, Donald Ray McCray has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is

from a pre-filing order entered under section 11.101 designating a person a vexatious litigant.  Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d) (West Supp. 2012).  This is not an appeal from a pre-filing order entered under section 11.101.

This court will consider dismissal of this appeal unless appellant, within 10 days of the date of this order, files a copy of the order from the local administrative judge permitting the filing of this appeal.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) (West Supp. 2012).


PER CURIAM